IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL DWAYNE ROGERS,

    Plaintiff,                      CV F 02 5713 OWW  WMW  P

   vs.                             <u>ORDER</u>

DERRAL ADAMS, et al.,

    Defendants.

       On May 10, 2005, an order was entered, dismissing the operative complaint for failure to state a claim. Plaintiff was granted leave to file an amended complaint to correct the identified deficiencies. Plaintiff failed to file an amended complaint, and the court recommended that this action be dismissed for his failure to do so.

       Plaintiff filed objections to the findings and recommendations. In his objections, plaintiff states that he did not receive the May 10, 2005, order dismissing the complaint. Plaintiff will be provided with an opportunity to file an amended complaint.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The June 14, 2005, recommendation of dismissal is vacated.

1

2. The Clerk's Office is directed to send to plaintiff the May 10, 2005, order.

3. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint in compliance with the order of May 10, 2005.

IT IS SO ORDERED.

**Dated:   July 6, 2005**  
mmkd34

     **/s/  William M. Wunderlich**  
     UNITED STATES MAGISTRATE JUDGE